UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHUYLKILL ENERGY RESOURCES, INC. | : | |
| | : | |
| Plaintiff, | : | DOCKET #: 3:25-cv-1026 |
| | : | (Judge Mariani) |
| | : | |
| Vs. | : | JURY TRIAL DEMANDED |
| | : | |
| AMERICAN MECHANICAL & GEARING, LLC | : | |
| | : | |
| Defendants. | : | |
| | : | |

**REQUEST FOR ENTRY OF DEFAULT**

AND NOW, comes the Plaintiff, Schuylkill Energy Resources, Inc., by and through its Counsel, Stephen T. Carpenito, Esquire, and hereby requests the Clerk to enter a default against the Defendant, **AMERICAN MECHANICAL & GEARING, LLC,** on the basis that the record demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Stephen T. Carpenito, Esquire
Counsel for Plaintiff
200 Mahantongo Street
Pottsville, PA 17901
(570)516-9265
F: (570)516-9267
stephen@carpenitolaw.com
Supreme Court I.D. 68860